IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

|  |  |
|---|---|
| JOHN RANDALL FUTCH, | |
| Plaintiff, | CIVIL ACTION NO.: 4:25-cv-325 |
| v. | |
| AMAZON, AND TPE LOGISTICS SOLUTIONS, | |
| Defendants. | |

## O R D E R

*Pro se* plaintiff John Randall Futch moved to pursue his employment discrimination claims *in forma pauperis*. (Doc. 2.)  The Magistrate Judge considered his application and, based upon his disclosure of $3,520.97 in available funds, recommended that it be denied. (Doc. 6.)  Futch objected that his application was "truthful." (Doc. 8, p. 2.)  That objection is, to say the least, confusing, as the Magistrate Judge did not question the application's veracity at all.  (See generally doc. 6.)  In addition to his Objection, Futch also filed another application to proceed in forma pauperis. (Doc. 9.)  That application discloses higher monthly income, (compare doc. 9, p. 1, with, doc. 2, p. 1), but fewer additional available funds, (compare, doc. 9, p. 2, with doc. 2, p. 2).  Despite the differences, the supplemental application shows that Futch's monthly income exceeds his monthly expenses by over $1,000, which is more than sufficient discretionary income to pay the filing fee. (Doc. 9, pp. 1—5.)  Finally, Futch has filed another document submitting material that he previously attempted to file under seal. (Doc. 12.)  The materials indicate that Futch received $25,000 from the Federal Express Corporation and $16,520 from Loadmasters Hotshot LLC.  (See doc. 12, pp. 2, 5—6.)  Despite those apparently additional funds, he implies

that he is unable to pay the required filing fee. (Id., p. 3.) Given that all of Futch's filings indicate his possession or receipt of funds in amounts considerably more than sufficient to pay the required filing fee and none of them provides any sufficient explanation for the variations among them, the Court is satisfied that Futch has not established that he should be permitted to proceed *in forma pauperis*. See, e.g., Stoni Med. Staffing v. Ally Fin., Civil Action No. 4:23-cv-3, 2025 WL 2331187, at *2 (S.D. Ga. July 11, 2025) ("A district court has wide discretion in denying an application to proceed *in forma pauperis*." (internal quotation marks and citations omitted)).

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's January 5, 2026, Report and Recommendation, (doc. 6), to which plaintiff has filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 6.) Plaintiff's Motion to Proceed *in forma pauperis* is **DENIED**. (Doc. 2.) Plaintiff's second application, whether construed as a supplement or an amendment of the original Motion, is also **DENIED**. (Doc. 9.) Pursuant to the Court's Local Rules, Plaintiff is **DIRECTED** to submit the appropriate filing fee within twenty-one days of the service date of this Order. L.R. 4.2(2). Failure to make timely payment will result in dismissal. Id.

**SO ORDERED**, this 25th day of February, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA