**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| JOHN RANDALL FUTCH, | |
| Plaintiff, | CIVIL ACTION NO.: 4:25-cv-325 |
| v. | |
| AMAZON; and TPE LOGISTICS SOLUTIONS, | |
| Defendants. | |

**O R D E R**

Plaintiff, who is proceeding *pro se*, filed this case on December 31, 2025.  (See doc. 1.) Presently before the Court is a Notice of Dismissal, bearing Plaintiff's "DocuSign" signature.[1] (Doc. 19.)  The Notice of Dismissal states that "Plaintiff John Randall Futch hereby notices this Court of the dismissal of his claims against the Defendants, Amazon Logistics, Inc. (referred to as 'Amazon' in the above caption) and TPE Logistics Solutions Inc. (referred to as 'TPE Logistics Solutions' in the above caption), with prejudice, and with each party to bear their own fees and costs." (Id. at p. 1.)  Neither Defendant has filed an answer or a motion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case has been

---

[1] Attached to the Notice of Dismissal is a "Certificate of Completion," with information about the DocuSign signature. (Doc. 19, p. 2.)  The Notice of Dismissal was filed with this Court by counsel for Defendants. According to her Amended Certificate of Service, defense counsel sent a service copy of the Notice of Dismissal to Plaintiff via "U.S. Postal Mail." (Id. at p. 3.)  In an abundance of caution. given the fact that the Notice of Dismissal was neither signed in-person by the *pro se* Plaintiff nor filed with the Court directly by him, the Court has allowed several weeks to pass, to ensure Plaintiff did not have any objection to the filing.  No response or objection has been filed.

**DISMISSED WITH PREJUDICE**.    (See id.)    The Court **DIRECTS** the Clerk of Court to

**TERMINATE** all pending motions and **CLOSE** this case.

      **SO ORDERED**, this 30th day of April, 2026.

 

 
_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2